IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-1000

THOMAS FERRARA, Jr. an Ohio Citizen; and
THOMAS FERRARA, Sr. an Ohio Citizen

     Plaintiffs,

v.

NARCONON FRESH START d/b/a A Life Worth Saving, Inc.,
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL;
NARCONON WESTERN UNITED STATES, and
NARCONON INTERNATIONAL,

     Defendants.

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL AND NARCONON INTERNATIONAL**

Plaintiffs **THOMAS FERRARA, Jr.** and **THOMAS FERRARA, Sr**. and Defendants, **ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL and NARCONON INTERNATIONAL**, per Fed.R.Civ.P. 41(a)(1) and (2) hereby stipulate and agree as follows:

1. Plaintiffs and Defendants Assocation for Better Living and Education International and Narconon International have reached a compromise and settlement of all claims that have been asserted or could have been asserted in this action.

2. Plaintiffs and Defendants Association for Better Living and Education International and Narconon International request that this action be dismissed with prejudice related these parties with each named party paying its own costs, expenses and attorney's fees.

**WHEREFORE**, Plaintiffs and Defendants Association for Better Living and Education International and Narconon International respectfully request this Court dismiss the civil action as between these parties with prejudiced.

DATED this 1st day of July, 2015.

Respectfully submitted,

By s/ Tiffaney A. Norton
*Tiffaney A. Norton*
Senter Goldfarb & Rice, LLC
3900 E. Mexico Ave., Ste. 700
Denver, Colorado 80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
E-mail: tnorton@sgrllc.com
Attorneys for Defendants Association for Better Living and Education International and Narconon International

By s/ Ryan A. Hamilton
*Ryan A. Hamilton*
Hamilton Law
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113
Telephone:  (702) 818-1818
Facsimile:   (702) 974-1139
E-mail: ryan@hamiltonlawlasvegas.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of July, 2015, I electronically filed a true and exact copy of the above and foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL AND NARCONON INTERNATIONAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Ryan A. Hamilton, Esq.
NV Bar No. 11587
Hamilton Law
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113

*Attorneys for Plaintiffs*

                                               s/ Wanda J. Toney
                                             Wanda J. Toney
                                             E-mail: wtoney@sgrllc.com
                                             Secretary for Tiffaney A. Norton