# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01000-WJM

THOMAS FERRARA, Jr. an Ohio Citizen; and
THOMAS FERRARA, Sr. an Ohio Citizen,

        Plaintiffs.

v.

NARCONON FRESH START d/b/a A Life Worth Saving, Inc., ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON WESTERN UNITED STATES, and NARCONON INTERNATIONAL,

        Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS, NARCONON WESTERN UNITED STATES AND NARCONON FRESH START

Plaintiffs Thomas P. Ferrara and Thomas J. Ferrara ("Plaintiffs"), through counsel, Ryan Hamilton of Hamilton Law, LLC, who hereby voluntarily dismisses all claims for relief against Defendants NARCONON WESTERN UNITED STATES AND NARCONON FRESH START only, without prejudice.

DATED this 9th day of July, 2015.

Respectfully submitted,

By: *[signature]*

RYAN A. HAMILTON, ESQ.
NV BAR NO. 11587
HAMILTON LAW
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113

1

(702) 818-1818
(702) 974-1139
ryan@hamiltonlawlasvegas.com

*Attorney for Plaintiffs*